IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **PIKE BRANDS LLC** : | CASE NO. 3:21cv181 |
| Plaintiff, : | |
| : | JUDGE WALTER H. RICE |
| v. : | |
| **EZTOTZ, LLC, et al.** : | |
| Defendants. : | |

### ORDER

It is hereby ordered that the above captioned cause be administratively processed.[1]

**IT IS SO ORDERED.**

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Case settled; parties have asked to withhold dismissal until end of calendar year so settlement papers can be prepared and filed.